Mark S. Askanas (State Bar No. 122745)
Rebecca Benhuri (State Bar No. 209443)
JACKSON LEWIS LLP
199 Fremont Street, 10th Floor
San Francisco, California 94105
Telephone: (415) 394-9400
Facsimile: (415) 394-9401
askanasm@jacksonlewis.com
benhurir@jacksonlewis.com

Attorneys for Defendants
TOYS "R" US – DELAWARE, INC. and TRU 2005 RE I, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA WALLEN,<br><br>Plaintiff,<br><br>v.<br><br>TOYS 'R' US – DELAWARE, INC., TRU 2005 RE I, LLC, and Does 1-10,<br><br>Defendants. | Case No. **C09-04742**<br><br>**CERTIFICATE OF INTERESTED ENTITIES [Civil Local Rule 3-16]**<br><br>Complaint Filed:   October 5, 2009<br>Trial Date:           None Set |

TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA AND PLAINTIFF'S ATTORNEY HEREIN:

PLEASE TAKE NOTICE that pursuant to Civil Local Rule 3-16, Defendants TOYS "R" US – DELAWARE, INC. and TRU 2005 RE I, LLC hereby submit that the following listed persons, associations of persons, firms, partnerships, corporations, or other entities, (i) have a financial interest in the subject matter in controversy, or in a part to the proceeding, or (ii) have a non-financial interest in that subject matter or in a part that could be substantially affected by the outcome of the proceeding:

Employees of the Company are employed by Toys "R" Us - Delaware, Inc. Toys "R" Us – Delaware, Inc. is a wholly owned subsidiary of another corporate entity, Toys "R" Us, Inc. Toys "R" Us, Inc. is owned by a consortium of investors including:

1

- Affiliates of Bain Capital Partners, LLC own 32.72% of Toys "R" Us, Inc, including Bain Capital (TRU) VIII, L.P., Bain Capital (TRU) VIII-E, L.P., Bain Capital (TRU) VIII Coinvestment, L.P., Bain Capital Integral Investors, LLC and BCIP TCV, LLC (the "Bain Capital Funds"). The Bain Capital Funds are all affiliates of Bain Capital Partners, LLC. Bain Capital Partners, LLC disclaims beneficial ownership of such shares. The Bain Capital Funds each have an address c/o Bain Capital Partners, LLC, 111 Huntington Avenue, Boston, MA 02199.

- Toybox Holdings, LLC owns 32.72% of Toys "R" Us, Inc. Shares of Toys "R" Us, Inc. owned of record by Toybox Holdings, LLC are also beneficially owned by its majority member, KKR Millennium Fund, Limited Partnership. KKR Millennium GP LLC is the general partner of KKR Associates Millennium L.P., which is the general partner of the KKR Millennium Fund, Limited Partnership. Messrs. Henry R. Kravis, George R. Roberts, James H. Greene, Jr., Paul E. Raether, Michael W. Michelson, Perry Golkin, Johannes P. Huth, Todd A. Fisher, Alexander Navab, Marc S. Lipshultz, Reinhard Gorenflos, Jacques Garaialde, Michael M. Calbert and Scott C. Nuttall, as members of KKR Millennium GP LLC, but disclaim such beneficial ownership. The address of KKR Millennium GP LLC and each individual listed above is c/o Kohlberg Kravis Roberts & Co., L.P., 2800 Sand Hill Road, Menlo Park, CA 94025.

- Vornado Truck LLC owns 32.72% of Toys "R" Us, Inc. Vornado Truck LLC is an affiliate of Vornado Realty Trust, having an address of 888 Seventh Avenue, New York, NY 10019.

\
\
\
\
\
\ \ \

TRU 2005 RE I, LLC is a corporate entity. It is an affiliate of Toys "R" Us - Delaware, Inc., and a real estate holding company that leases property to Toys "R" Us - Delaware, Inc.

Dated: October 28, 2009

JACKSON LEWIS LLP

By: _____
Mark S. Askanas
Rebecca Benhuri
Attorneys for Defendants
Defendants TOYS "R" US – DELAWARE, INC. and TRU 2005 RE I, LLC