K. Randolph Moore, Esq. SBN 106933
Tanya Levinson Moore, Esq. SBN 206683
MOORE LAW FIRM, P.C.
332 N. Second Street
San Jose, CA  95112
Telephone (408) 271-6600
Facsimile (408) 298-6046

*E-Filed 4/19/10*

Attorneys for Plaintiff
Theresa Wallen

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA WALLEN,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>TOYS 'R' US – DELAWARE, INC., TRU 2005 RE I, LLC, and DOES 1-10,<br><br>　　　　Defendants. | No.  C09-04742<br><br>**STIPULATION FOR DISMISSAL OF ACTION**<br><br>Complaint filed:  October 5, 2009 |

　　　　Plaintiff THERESA WALLEN, through her attorney, K. Randolph Moore, Moore Law Firm, P.C., San Jose, California, and Defendants TOYS 'R' US – DELAWARE, INC., TRU 2005 RE I, LLC, hereby stipulate that the above-captioned action shall be dismissed with prejudice.

Date: April 16, 2010                                      /s/K. Randolph Moore
                                                                          K. Randolph Moore
                                                                          Attorney for Plaintiff

*Wallen v. Toys 'R' US et al.*

**STIPULATION FOR DISMISSAL; ORDER**

Page 1

1  Date: April 16, 2010

                                    /s/ Rebecca Benhuri
                                    Attorneys for Defendants
                                    TOYS 'R' US – DELAWARE, INC.,
                                    TRU 2005 RE I, LLC

## ORDER

THE PARTIES HAVING SO STIPULATED, IT IS HEREBY ORDERED THAT the above-captioned action be dismissed with prejudice.

**IT IS SO ORDERED.**

Dated:  __4/16/10___    _____
                        U.S. ~~Magistrate~~ Judge
                        DISTRICT

*Wallen v. Toys 'R' US et al.*

**STIPULATION FOR DISMISSAL; ORDER**